IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KAYLENE A. ZAMBITO,

     Plaintiff,

        v.                              Case No. 3:25-cv-00707-jdp

FRANK BISIGNANO,
Commissioner of Social Security,

     Defendant.

---

**ORDER ON THE PARTIES' JOINT MOTION FOR REMAND FOR FURTHER
PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)**

---

Pursuant to the power of this Court to enter a judgment affirming, modifying or

reversing the Commissioner's decision with remand in Social Security actions under

sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light

of the parties' joint motion to remand this action, this Court now, upon review, hereby

enters a judgment under sentence four of 42 U.S.C. § 405(g) reversing the

Commissioner's decision with a remand of the cause to the Commissioner according to

the following terms. *See Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v.*

*Sullivan*, 501 U.S. 89, 97-98 (1991).

Upon remand, the Appeals Council will remand the matter to an Administrative

Law Judge (ALJ) with instructions to further consider the severity of Plaintiff's

impairments, further consider Plaintiff's maximum residual functional capacity, offer

Plaintiff the opportunity for a hearing, take further action to complete the

administrative record resolving the above issues, and issue a new decision.

Dated this _20TH_ day of _MARCH_, _2026_.

_James D. Peterson_

JAMES D. PETERSON
Chief United States District Judge